UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Eleanor Bosch,

        Plaintiff,

vs.                                                                 ORDER

Pfizer, Inc.,

        Defendant.                    Civ. No. 08-563 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

    To:   Michael K. Johnson and Stuart L. Goldenberg, Goldenberg & Johnson, PLLC, 33 South Sixth Street, Suite 4530, Minneapolis, MN 55402

* * *

This matter came before the undersigned United States Magistrate Judge upon the routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This action was commenced on February 28, 2008, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed, and the Defendant Pfizer, Inc., has not been served with the Complaint and Summons as required by Rule 4(m), Federal Rules of Civil Procedure. Alternatively,

the Plaintiff has not filed a Return of Service, and consequently, we have no way to determine when, or if, the Defendant Pfizer, Inc., was served.

WHEREFORE, Pursuant to the provisions of Rule 4(m), Federal Rules of Civil Procedure, it is --

ORDERED:

That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service on the Defendant Pfizer, Inc., and for failure of prosecution.

BY THE COURT:

Dated: July 7, 2008

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE