# UNITED STATES DISTRICT COURT

District of    Minnesota

Eleanor Bosch

V.

Pfizer, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 cv 563 DWF/RLE

TO: (Name and address of Defendant)

Pfizer, Inc.
c/o CT Corporations Systems
405 2nd Avenue South
Minneapolis, MN 55401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stuart L. Goldenberg
Michael K. Johnson
Goldenberg & Johnson, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD D. SLETTEN**                                     2/28/08
CLERK                                                      DATE

_Jacqui Ellingson_
(By) DEPUTY CLERK

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Leif O. Hanson, being duly sworn, on oath says:
that on July 18, 2008, at 3:30 PM he served the attached:

Summons & Complaint upon:

Pfizer, Inc., therein named, personally at:

100 South 5th Street, #1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Agent for C.T. Corporation Systems, Inc., authorized to accept service, the registered agent for service for said Pfizer, Inc., a true and correct copy thereof.

Subscribed and sworn to before me on
7-18            , 2008

GEOFFREY EGERMAN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

908861 - 1

RE: 9701