Stuart L. Goldenberg*
Michael K. Johnson
Lucia J.W. McLaren
Jake R. Jagdfeld

Legal Assistants
Sheri K. Gross
Lauren B. Lee
Stacy A. Olson
Sally C. Shortridge



**GOLDENBERG & JOHNSON** PLLC

ATTORNEYS AT LAW



Promoting Safety
Through Accountability

Administrative
Paula M. Verhunce
Lisa M. Wahoski

33 South Sixth Street
Suite 4530
Minneapolis, Minnesota 55402

Telephone (612) 333-4662
Facsimile (612) 339-8168
Toll Free (800) 279-6386
goldenberglaw.com

July 21, 2008

**VIA ECF**

Honorable Raymond L. Erickson
Chief U.S. Magistrate Judge
515 West 1st Street, Room 412
Duluth, MN 55802-1397

Re:   Civ. No. 08-563 (DWF/RLE)
      Our File Number: 9701

Dear Judge Erickson:

This letter is in response to your Order of July 7, 2008 (Document Number 2).

It appears that the Summons and Complaint in this matter were served on Defendant Pfizer's counsel of record by U.S. Mail on February 28, 2008. This litigation is in an MDL that is being handled in the Northern District of California. However, due to an oversight by our office when the case was originally filed, the Defendant was mistakenly not served through their CT Corporation designee.

We have now served the Summons and Complaint through Pfizer's CT Corporation designee, and the Summons Returned Executed has been filed through ECF (Document Number 3). We are hopeful this will remedy the issues of concern addressed in your July 7th Order and would ask that the instant matter be referred to the MDL for further proceedings.

Please contact us if you need any additional information. Thank you.

Sincerely,

GOLDENBERG & JOHNSON, PLLC

/s/ *Stuart L. Goldenberg*
Stuart L. Goldenberg
Direct Dial No. 612-436-5022

cc:   Pfizer, Inc. (Via ECF)
      Amy W. Schulman, Esq. (U.S. Mail)
      Elizabeth J. Cabraser, Esq. (U.S. Mail)
      Eleanor Bosch

*State and National Civil Trial Specialist certified by MSBA and NBTA