IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **ELEANOR BOSCH,** | Case No.: 08-CV-0563-DWF/RLE |
| **Plaintiff,** | |
| v. | **RULE 7.1 STATEMENT** |
| **PFIZER, INC.,** | |
| **Defendant.** | **Jury Trial Demanded** |

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pfizer Inc. ("Pfizer") submits this its Corporate Disclosure Statement.  Defendant Pfizer states:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

        Respectfully submitted,

Dated:  August 4, 2008.        FAEGRE & BENSON LLP

        *s/ Joseph M. Price*
        Joseph M. Price, # 88201
        Erin M. Verneris # 0335174
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN  55402-3901
        T (612) 766-7000
        F (612) 766-1600

fb.us.3111318.01        *Attorneys for Defendant Pfizer Inc.*