**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| **ELEANOR BOSCH,** | Case No.: 08-CV-0563-DWF/RLE |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **PFIZER, INC.,** | |
| **Defendant.** | **Jury Trial Demanded** |

---

I hereby certify that on August 4, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**

2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Stuart L Goldenberg**
  slgoldenberg@goldenberglaw.com

- **Michael K Johnson**
  mkjohnson@goldenberglaw.com,ljmclaren@goldenberglaw.com

Dated: August 4, 2008.                         FAEGRE & BENSON LLP

                                               *s/ Joseph M. Price*
                                               Joseph M. Price, # 88201
                                               Erin M. Verneris # 0335174
                                               2200 Wells Fargo Center
                                               90 South Seventh Street
                                               Minneapolis, MN  55402-3901
                                               T (612) 766-7000
                                               F (612) 766-1600

fb.us.3111320.01                               *Attorneys for Defendant Pfizer Inc.*

1