# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08–cv–00563–DWF–RLE

Bosch v. Pfizer, Inc. DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Donovan W. Frank
Referred to: Chief Mag. Judge Raymond L. Erickson
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 02/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Eleanor Bosch**	represented by	**Michael K Johnson**
Goldenberg &Johnson, PLLC
33 S 6th St Ste 4530
Mpls, MN 55402
612–333–4662
Fax: 612–339–8168
Email: mkjohnson@goldenberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart L Goldenberg**
Goldenberg &Johnson, PLLC
33 S 6th St Ste 4530
Mpls, MN 55402
612–335–9960
Fax: 612–339–8168
Email: slgoldenberg@goldenberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**	represented by	**Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2008 | Ï 1 | COMPLAINT against Pfizer, Inc. ( Filing fee $ 350 receipt number 20146.) assigned to Judge Donovna W. Frank per 6th Division Master List referred to Magistrate Judge Raymond L. Erickson, filed by Eleanor Bosch. XV: 08–59 (Attachments: # 1 Civil Cover Sheet) (dch) QC'd jam (Entered: 02/28/2008) |
| 02/28/2008 | Ï | Summons Issued as to Pfizer, Inc. (dch) (Entered: 02/28/2008) |
| 07/07/2008 | Ï 2 | ORDER That the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service on the Defendant Pfizer, Inc., and for failure of prosecution. Signed by Chief Mag. Judge Raymond L. Erickson on 07/07/2008. (jz) (Entered: 07/07/2008) |
| 07/21/2008 | Ï 3 | SUMMONS Returned Executed by Eleanor Bosch. Pfizer, Inc. served on 7/18/2008, answer due 8/7/2008. (Attachments: # 1 Affidavit of Service)(Goldenberg, Stuart) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 4 | LETTER TO MAGISTRATE JUDGE by Eleanor Bosch *Regarding July 7, 2008 Order*. (Goldenberg, Stuart) (Entered: 07/21/2008) |
| 08/04/2008 | Ï 5 | *Defendant Pfizer Inc.'s* ANSWER to Complaint by Pfizer, Inc.. (Price, Joseph) (Entered: 08/04/2008) |
| 08/04/2008 | Ï 6 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc. that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 08/04/2008) |
| 08/04/2008 | Ï 7 | CERTIFICATE OF SERVICE by Pfizer, Inc. re 5 Answer to Complaint, 6 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 08/04/2008) |
| 08/11/2008 | Ï 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–97), transferring case to the Northern District of California per MDL Panel for coordinated and consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (LPH) (Entered: 08/11/2008) |