UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08-3868 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Eleanor Bosch,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ELEANOR BOSCH and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/9, 2009　　　By: _____

　　　　　　　　　　　　　GOLDENBERG & JOHNSON, PLLC
　　　　　　　　　　　　　33 South Sixth Street, Suite 4530
　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　Telephone: (612) 333-4662
　　　　　　　　　　　　　Facsimile: (612) 339-8168
　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

DATED: Oct. 12, 2009　　　By: _____

　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　Telephone: (212) 335-4500
　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　Defendants' Liaison Counsel

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: October 16, 2009

_____
Hon. Charles R. Breyer
United States District



-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**